## Dudley A. Tyng, Appellee, v. United Mercantile Agency et al., Appellants.

### Gen. No. 18,376.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WIL-
LIAM FENIMORE COOPER, Judge, presiding.   Heard in the Branch
Appellate Court at the March term, 1912.   Reversed and remanded
with directions.   Opinion filed December 31, 1913.

### Statement of the Case.

Petition by Dudley A. Tyng against United Mercan-
tile Agency, a corporation, P. H. Early, president, and
E. E. Hughes, secretary, for a writ of mandamus to
compel defendants to transfer certain shares of cap-
ital stock on the books of the corporation.   From a
judgment awarding the writ, defendants appeal.

ARTHUR C. HOFFMANN, for appellants.

MATTHIAS B. PITTMAN, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion
of the court.

### Abstract of the Decision.

1. CORPORATIONS, § 71*—*when by-law governing transfer of cer-
tificates of stock not unreasonable.* A by-law of a corporation re-
quiring shares of the capital stock to be transferred by indorse-
ment of the certificates to the secretary for cancellation, whereupon
new certificates are to be issued to the transferee or to his written
order, *held* not unreasonable.

2. CORPORATIONS, § 156*—*when mandamus issues to compel
transfer of stock on book of company.* Before the transfer of cap-
ital stock in a corporation will be compelled by mandamus, every
reasonable requirement of the by-laws must be shown to have been
complied with.

3. MANDAMUS, § 98*—*when issuance to compel transfer of shares
of stock is error.* Awarding a writ of mandamus to compel a cor-

*See **Illinois Notes Digest, Vols. XI to XV,** same topic and section number.

poration and its officers to transfer shares of capital stock on the books of the corporation, *held* error where petitioner failed to show compliance with a by-law requiring the certificate to be assigned to the secretary of the corporation.

Louis Greenberg, Appellant, v. Florence Parsons, Appellee.

Gen. No. 18,462.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed December 31, 1913.

### Statement of the Case.

Action of replevin by Louis Greenberg against Florence Parsons to recover possession of certain property. From a judgment dismissing the suit at plaintiff's cost for failure of plaintiff to prosecute the same, and awarding a writ of *retorno habendo,* plaintiff appeals.

LOUIS GREENBERG, *pro se.*

CHARLES E. ERBSTEIN, for appellee.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1.    APPEAL AND ERROR, § 1290*—*presumption as to regularity of proceedings in Circuit Court.* When a Circuit Court is shown to have jurisdiction of the subject-matter and the parties, all presumptions are indulged in, in favor of the regularity of all subsequent proceedings up to and including the final judgment, and will prevail until the irregularity of the same is affirmatively shown.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.